THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAROLD V. BELL, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Order reversed, writ sustained, and relator remanded to the custody of the Sheriff of Cortland County for resentence in the County Court of Cortland County. Memorandum: The relator appeals from an order dismissing a writ of habeas corpus. He has been sentenced in the County Court of Cortland County as a fourth offender after conviction of the crime of burglary in the third degree. The three previous convictions were in the Province of Ontario on October 17, 1934, March 26, 1935, and February 23, 1940, respectively, for violations of section 458-a of the Canadian Criminal Code. We reach the conclusion that these violations of section 458-a of the Canadian Criminal Code cannot properly be construed as felonies if they had been committed in the State of New York. (See *People* v. *Olah,* 300 N. Y. 96, and *People ex rel. Stevens* v. *Jackson,* 283 App. Div. 3.) The writ should, therefore, be sustained and the relator remanded to the Sheriff of Cortland County for further proceedings before the sentencing court. All concur. (Appeal from an order dismissing a writ of habeas corpus and remanding relator to the custody of the warden.) Present — McCurn, P. J., Kimball, Piper, Wheeler and Van Duser, JJ.

■

AQUILA R. BRAUN, Appellant, v. JACOB F. FREIBERGER et al., Respondents.— Order insofar as appealed from affirmed, with $10 costs and disbursements. All concur. (Appeal from part of an order granting defendants' motion to the extent of dismissing certain allegations in the complaint in a libel action.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

■

In the Matter of HOWARD ALLEN, Appellant, against JAMES R. MACDUFF, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Order affirmed, without costs of this appeal to either party, on the ground that there was sufficient and substantial evidence of compliance with section 335-a of the Code of Criminal Procedure to satisfy the Commissioner of Motor Vehicles of such compliance as provided in subdivision 6 of section 71 of the Vehicle and Traffic Law. All concur. (Appeal from an order denying petitioner's application to set aside the revocation of his operator's license and certificate of registration.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

■

JOHN R. CZERNIEJEWSKI, an Infant, by FRANCIS R. CZERNIEJEWSKI, His Guardian ad Litem, et al., Respondents, v. ERIE RAILROAD COMPANY, Appellant. — Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in a railroad negligence action. The order denies a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

■

CATHERINE M. YOUNG et al., Appellants, v. WILLIAM T. DAVID, Doing Business as HARRIS HILL INN, Respondent.— Judgment affirmed, with costs. All concur. (Appeal from a judgment dismissing plaintiffs' complaint in a negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ.